| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>03/19/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief District Court Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Realty USA - Independent Contractor - Commissions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York College Tuition Savings # 1 (529) | C | Dividend | J | T | | | | | |
| 2. -Vanguard Aggressive Age-Based Growth Fund | | | | | Buy (add'l) | 02/01/13 | J | | |
| 3. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 4. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 5. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 6. | | | | | Buy (add'l) | 06/01/13 | J | | |
| 7. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 8. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 9. | | | | | Buy (add'l) | 09/01/13 | J | | |
| 10. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 11. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 12. | | | | | Buy (add'l) | 12/01/13 | J | | |
| 13. New York College Tuition Savings #2 (529) | B | Dividend | J | T | | | | | |
| 14. -Vanguard Agressive Age-Based Growth Fund | | | | | Buy (add'l) | 02/01/13 | J | | |
| 15. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 16. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/01/13 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 20. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 21. | | | | | Buy (add'l) | 09/01/13 | J | | |
| 22. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 23. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 24. | | | | | Buy (add'l) | 12/01/13 | J | | |
| 25. Edward Jones IRA #1; F/Known as Excel Securities IRA #2) | F | Dividend | M | T | | | | | |
| 26. -Apple Common ("AAPL") | | | | | Sold (part) | 01/11/13 | L | A | |
| 27. | | | | | Sold (part) | 01/31/13 | J | A | |
| 28. | | | | | Sold (part) | 02/28/13 | J | A | |
| 29. | | | | | Sold (part) | 03/26/13 | J | A | |
| 30. | | | | | Sold (part) | 04/23/13 | L | A | |
| 31. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 32. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 33. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 34. | | | | | Sold (part) | 05/15/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/12/13 | K | | |
| 36. | | | | | Buy (add'l) | 08/13/13 | K | | |
| 37. | | | | | Sold (part) | 08/23/13 | J | A | |
| 38. | | | | | Sold (part) | 09/16/13 | L | A | |
| 39. | | | | | Buy (add'l) | 10/10/13 | K | | |
| 40.    -Celgene Common ("CELG") | | | | | Sold (part) | 01/31/13 | J | A | |
| 41. | | | | | Sold (part) | 02/28/13 | J | A | |
| 42. | | | | | Sold (part) | 03/26/13 | J | A | |
| 43. | | | | | Sold (part) | 05/24/13 | J | A | |
| 44. | | | | | Sold (part) | 06/19/13 | K | E | |
| 45. | | | | | Buy (add'l) | 06/25/13 | K | | |
| 46. | | | | | Sold (part) | 07/23/13 | J | A | |
| 47. | | | | | Sold (part) | 08/13/13 | K | D | |
| 48.    -Qualcomm Common ("QCOM") | | | | | Sold (part) | 01/31/13 | J | A | |
| 49. | | | | | Sold (part) | 02/28/13 | J | A | |
| 50. | | | | | Sold (part) | 03/26/13 | J | A | |
| 51. | | | | | Sold | 04/30/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Facebook Inc Common ("FB") | | | | | Sold (part) | 01/31/13 | J | A | |
| 53. | | | | | Sold (part) | 02/28/13 | J | A | |
| 54. | | | | | Buy (add'l) | 03/11/13 | K | | |
| 55. | | | | | Sold (part) | 03/26/13 | J | A | |
| 56. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 57. | | | | | Sold (part) | 05/24/13 | J | A | |
| 58. | | | | | Sold (part) | 07/19/13 | K | A | |
| 59. | | | | | Buy (add'l) | 10/10/13 | K | | |
| 60. -Costco Wholesale Corp Common ("COST") | | | | | Sold (part) | 01/31/13 | J | A | |
| 61. | | | | | Sold (part) | 12/28/13 | J | A | |
| 62. | | | | | Sold | 03/06/13 | J | A | |
| 63. -Sina.Com Common ("SINA") | | | | | Buy | 01/11/13 | K | | |
| 64. | | | | | Sold (part) | 01/31/13 | J | A | |
| 65. | | | | | Sold (part) | 02/28/13 | J | A | |
| 66. | | | | | Sold | 03/11/13 | K | A | |
| 67. -Monsanto Co New Common ("MON") | | | | | Buy | 01/11/13 | K | | |
| 68. | | | | | Sold (part) | 01/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/28/13 | J | A | |
| 70. | | | | | Sold | 03/07/13 | K | A | |
| 71. -NASDAQ Biotechnology Index Fund ("IBB") | | | | | Buy | 01/16/13 | K | | |
| 72. | | | | | Sold (part) | 01/13/13 | J | A | |
| 73. | | | | | Sold (part) | 02/28/13 | J | A | |
| 74. | | | | | Sold (part) | 03/26/13 | J | A | |
| 75. | | | | | Sold | 05/06/13 | K | D | |
| 76. -Gilead Sciences Inc Common ("GILD") | | | | | Buy | 07/10/13 | J | | |
| 77. | | | | | Sold (part) | 07/23/13 | J | A | |
| 78. | | | | | Sold (part) | 08/08/13 | J | A | |
| 79. | | | | | Buy (add'l) | 10/10/13 | K | | |
| 80. -Amazon.com Inc Common ("AMZN") | | | | | Buy | 07/25/13 | K | | |
| 81. | | | | | Sold | 08/02/13 | K | A | |
| 82. -Apache Corp Common ("APA") | | | | | Buy | 09/17/13 | J | | |
| 83. | | | | | Sold (part) | 09/24/13 | J | A | |
| 84. -Arena Pharmaceuticals Common ("ARNA") | | | | | Buy | 08/01/13 | J | | |
| 85. | | | | | Sold | 08/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Avanir Pharmaceuticals Class A Common ("AVNR") | | | | | Buy | 07/10/13 | J | | |
| 87. | | | | | Sold (part) | 07/23/13 | J | A | |
| 88. | | | | | Sold | 08/12/13 | J | A | |
| 89.  -Biogen IDEC Inc Common ("BIIB") | | | | | Buy | 07/19/13 | K | | |
| 90. | | | | | Sold (part) | 07/23/13 | J | A | |
| 91. | | | | | Sold | 08/12/13 | K | A | |
| 92.  -Catamaran Corp Common ("CTRX") | | | | | Buy | 08/02/13 | K | | |
| 93. | | | | | Sold (part) | 08/23/13 | J | A | |
| 94. | | | | | Sold | 08/27/13 | K | A | |
| 95.  -Celldex Therapeutics Inc New ("CLDX") | | | | | Buy | 06/24/13 | K | | |
| 96. | | | | | Sold (part) | 07/23/13 | J | A | |
| 97. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 98. | | | | | Sold (part) | 08/23/13 | J | A | |
| 99. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 100. | | | | | Sold (part) | 09/24/13 | J | A | |
| 101. | | | | | Sold | 10/03/13 | L | E | |
| 102.  -Cerner Corp Common ("CERN") | | | | | Buy | 03/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/26/13 | J | A | |
| 104. | | | | | Sold (part) | 05/01/13 | J | A | |
| 105. | | | | | Sold (part) | 05/24/13 | J | A | |
| 106. | | | | | Sold (part) | 07/23/13 | J | A | |
| 107. | | | | | Sold | 07/25/13 | J | A | |
| 108. -Chicago Bridge & Iron Co Common ("CBI") | | | | | Buy | 03/06/13 | J | | |
| 109. | | | | | Sold (part) | 03/26/13 | J | A | |
| 110. | | | | | Sold | 04/30/13 | J | A | |
| 111. -Comcast Corp Common ("CMCSA") | | | | | Buy | 09/16/13 | K | | |
| 112. | | | | | Sold (part) | 09/24/13 | J | A | |
| 113. -EOG Resources Inc Common ("EOG") | | | | | Buy | 09/09/13 | J | | |
| 114. | | | | | Sold (part) | 09/24/13 | J | A | |
| 115. | | | | | Sold | 09/30/13 | J | A | |
| 116. -Google Inc CL A Common ("GOOG") | | | | | Buy | 05/06/13 | J | | |
| 117. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 118. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 119. | | | | | Sold | 06/19/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Linkedin Corp Common ("LNKD") | | | | | Buy | 04/30/13 | K | | |
| 121. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 122. | | | | | Sold (part) | 05/24/13 | J | A | |
| 123. | | | | | Sold | 06/07/13 | K | A | |
| 124. -Marathon Pete Corp Common ("MPC") | | | | | Buy | 08/08/13 | J | | |
| 125. | | | | | Sold (part) | 08/23/13 | J | A | |
| 126. | | | | | Sold | 09/09/13 | J | A | |
| 127. -Myriad Genetics Inc Common ("MON") | | | | | Buy | 10/02/13 | K | | |
| 128. | | | | | Sold | 10/11/13 | K | A | |
| 129. -National Oilwell Varco Inc Common ("NOV") | | | | | Buy | 04/24/13 | K | | |
| 130. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 131. | | | | | Sold (part) | 05/24/13 | J | A | |
| 132. | | | | | Sold | 06/19/13 | K | A | |
| 133. -NPS Pharmaceuticals Inc Common ("NPSP") | | | | | Buy | 04/24/13 | K | | |
| 134. | | | | | Sold (part) | 05/24/13 | J | A | |
| 135. | | | | | Sold (part) | 06/19/13 | K | B | |
| 136. | | | | | Buy (add'l) | 07/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/23/13 | J | A | |
| 138. | | | | | Sold (part) | 08/23/13 | J | A | |
| 139. | | | | | Sold (part) | 09/24/13 | J | A | |
| 140. | | | | | Sold (part) | 10/09/13 | K | D | |
| 141. | | | | | Buy (add'l) | 10/15/13 | K | | |
| 142.   -Potash Corp of Saskatchewan Inc Common ("CA:POT") | | | | | Buy | 06/07/13 | K | | |
| 143. | | | | | Sold | 07/15/13 | K | A | |
| 144.   -Priceline.Com Inc New Common ("PCLN") | | | | | Buy | 06/24/13 | K | | |
| 145. | | | | | Sold (part) | 07/23/13 | J | A | |
| 146. | | | | | Sold | 07/25/13 | K | B | |
| 147.   -Regions Financial Corp Common ("RF") | | | | | Buy | 06/24/13 | K | | |
| 148. | | | | | Sold | 07/10/13 | K | C | |
| 149.   -SONY Corp ADR New Common ("SNE") | | | | | Buy | 09/16/13 | K | | |
| 150. | | | | | Sold (part) | 09/24/13 | J | A | |
| 151. | | | | | Sold | 10/03/13 | K | A | |
| 152.   -SPDR Gold TR Common ("GLD") | | | | | Buy | 08/23/13 | K | | |
| 153. | | | | | Sold (part) | 09/16/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/17/13 | J | A | |
| 155. -Take-Two Interactive Software Inc Common ("TTWO") | | | | | Buy | 09/16/13 | K | | |
| 156. | | | | | Sold (part) | 09/24/13 | J | A | |
| 157. | | | | | Sold | 09/30/13 | K | A | |
| 158. -United Health Group Inc Common ("UNH") | | | | | Buy | 10/16/13 | K | | |
| 159. -Visa Inc Cl A Common ("V") | | | | | Buy | 03/11/13 | K | | |
| 160. | | | | | Sold (part) | 03/26/13 | J | A | |
| 161. | | | | | Sold | 05/06/13 | K | B | |
| 162. -Zynga Inc Common ("ZNGA") | | | | | Buy | 07/25/13 | J | | |
| 163. | | | | | Sold | 07/30/13 | J | A | |
| 164. Edward Jones IRA #2 | D | Dividend | | | Closed | 11/25/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 03/19/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gary L. Sharpe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544